RATON WATERWORKS CO. v. CITY OF RATON, COLFAX COUNTY, NEW MEXICO. (Circuit Court of Appeals, Eighth Circuit. September 1, 1919.) No. 4941. Appeal from the District Court of the United States for the District of New Mexico. Jesse G. Northcutt, of Denver, Colo., Henry W. Coil, of Riverside, Cal., E. P. Davies, of Santa Fé, N. M., and L. Laflin Kellogg, of New York City, for appellant. James H. Pershing and John H. Fry, both of Denver, Colo., Howard L. Bickley, of Raton, N. M., and A. T. Rogers, Jr., of Las Vegas, N. M., for appellee.

PER CURIAM. Mandate of Supreme Court of the United States (249 U. S. 552, 39 Sup. Ct. 384, 63 L. Ed. 768), ordered filed and recorded, and appeal dismissed with costs, etc.

---

ST. LOUIS SOUTHWESTERN RY. CO. OF TEXAS v. CONSOLIDATED FUEL CO. (Circuit Court of Appeals, Eighth Circuit. September 1, 1919.) No. 5352. In Error to the District Court of the United States for the Eastern District of Oklahoma. E. B. Perkins, of Dallas, Tex., Clifford L. Jackson, of Muskogee, Okl., and Daniel Upthegrove, of St. Louis, Mo., for plaintiff in error. Edward R. Jones and Ephraim H. Foster, both of Muskogee, Okl., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, pursuant to opinion in No. 5351, between same parties. 260 Fed. 638, —— C. C. A. ——.

---

THE ST. PAUL. Appeal of HUDSON NAV. CO. (Circuit Court of Appeals, Second Circuit. November 12, 1919.) No. 111. Appeal from the District Court of the United States for the Southern District of New York. Libel by J. Aron & Co., Incorporated, against the steamship St. Paul, her engines, etc. From an order refusing confirmation of the marshal's sale, and ordering a resale of the vessel, the Hudson Navigation Company, purchaser, appeals. Appeal dismissed.

Certiorari denied 251 U. S. ——, 40 Sup. Ct. 344, 64 L. Ed. ——. Barber, Watson & Gibboney, of New York City (S. G. Gibboney, of New York City, of counsel), for appellant. Kirlin, Woolsey & Hickox and George H. Mitchell, all of New York City (C. R. Hickox and G. H. Mitchell, both of New York City, of counsel), for libelant. Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. This appeal is dismissed, under Butterfield v. Usher, 91 U. S. 246, 23 L. Ed. 318.

---

SMITH v. STEPHENS. (Circuit Court of Appeals, Eighth Circuit. May 12, 1919.) No. 5264. Appeal from the District Court of the United States for the Western District of Missouri. Bennett H. Young, for appellant. J. P. McBaine and Boyle G. Clark, both of Columbia, Mo., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties.

---

THAYER v. FARMERS' ELEVATOR CO. OF MIRANDA, S. D. (Circuit Court of Appeals, Eighth Circuit. May 6, 1919.) No. 198. Petition to Revise Order of the District Court of the United States for the District of Minnesota. George E. Young, of Minneapolis, Minn., for petitioner. Perry F. Loucks, of Watertown, S. D., and E. P. Allen and Clark R. Fletcher, both of Minneapolis, Minn., for respondent.

PER CURIAM. Petition to revise dismissed by the court for want of prosecution, without costs to either party in this court.